FILED

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **S U P E R S E D I N G** |
| | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| | ) | CASE NO._____5:25CR349_____ |
| LEVAR MITCHELL, | ) | Title 18, United States Code, |
| BRANDON BERRY, | ) | Sections 922(g)(1), and |
| | ) | 924(a)(8); Title 21, United States |
| Defendants. | ) | Code, Sections 841(a)(1), |
| | ) | (b)(1)(A)(viii), (b)(1)(B)(vi) and |
| | ) | 846 |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 846)

The Grand Jury charges:

1.      From on or about August 14, 2023, to on or about February 23, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant LEVAR MITCHELL did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the grand jury to possess with the intent to distribute and to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), all in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Attempted Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846)

The Grand Jury further charges:

2.     On or about August 16, 2023, in the Northern District of Ohio, Eastern Division, Defendant LEVAR MITCHELL did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and 846.

## COUNT 3
(Attempted Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846)

The Grand Jury further charges:

3.     On or about February 21, 2024, in the Northern District of Ohio, Eastern Division, Defendant LEVAR MITCHELL did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and 846.

## COUNT 4
(Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl, 21 U.S.C. § 846)

The Grand Jury further charges:

4.     From on or about May 13, 2024, to on or about June 11, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants LEVAR MITCHELL and BRANDON BERRY did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the grand jury to distribute and to possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable

amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), all in violation of Title 21, United States Code, Section 846.

## COUNT 5
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

5.     On or about June 3, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BRANDON BERRY did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi).

## COUNT 6
(Attempted Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) and 846)

The Grand Jury further charges:

6.     On or about June 6, 2024, in the Northern District of Ohio, Eastern Division, Defendant LEVAR MITCHELL did knowingly and intentionally attempt to possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi).

## COUNT 7
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), and 924(a)(8))

The Grand Jury further charges:

7.     On or about October 10, 2024, in the Northern District of Ohio, Eastern Division, Defendant LEVAR MITCHELL, knowing he had previously been convicted of crimes

3

punishable by imprisonment for a term exceeding one year, those being: Robbery, in case number 96-09-2282-C, in the Summit County Common Pleas Court, on or about April 2, 1997 and Felon in Possession of a Firearm and Possession with Intent to Distribute Marijuana in case number 1:05-CR-564, in the United States District Court for the Northern District of Ohio, on or about June 6, 2006, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Lorcin L380 pistol, serial number 229757, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

8.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 7 are incorporated herein by reference. As a result of foregoing offenses, Defendants LEVAR MITCHELL and BRANDON BERRY shall forfeit to the United States, any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of their property used - or intended to be used - in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4